# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| United States of America,           )<br>                                                   )<br>            Plaintiff,                   )<br>                                                   )<br>    vs.                                          )<br>                                                   )<br>Suzanne Joy,                              )<br>                                                   )<br>            Defendant.              )  | **ORDER**<br><br><br><br>Case No.  1:16-po-007 |

The bench trial scheduled to commence on April 11, 2017, at 9:00 a.m. in Bismarck before the undersigned is cancelled.  It will be rescheduled at a later date and time if necessary.

**IT IS SO ORDERED.**

Dated this 6th day of April, 2017.

                                                     */s/ Charles S.  Miller, Jr.*
                                                     Charles S.  Miller, Jr., Magistrate Judge
                                                     United States District Court